**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-7653**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

          versus

GUY CARMICHAEL CRENSHAW,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James H. Michael, Jr., Senior District Judge.  (CR-96-47)

─────────────

Submitted:  April 27, 2001          Decided:  May 3, 2001

─────────────

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Guy Carmichael Crenshaw, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Guy Carmichael Crenshaw appeals the district court's order denying relief on his motion for modification of sentence, 18 U.S.C. § 3582 (1994). Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Crenshaw</u>, No. CR-96-47 (W.D. Va. Nov. 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2